UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | CASE NO. 7:23-CR-350 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | MCALLEN, TEXAS |
| | . | TUESDAY, APRIL 25, 2023 |
| PEDRO CRUZ ALMEIDA, JUNIOR, | . | 02:20 P.M. TO 02:53 P.M. |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . . . .

RE-ARRAIGNMENT

BEFORE THE HONORABLE J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:                    SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER: CHRISTOPHER BARRERA

CASE MANAGER:                   NOT IDENTIFIED

OFFICIAL INTERPETER:            WOODY LEWIS

TRANSCRIPTION SERVICE BY:

TRINITY TRANSCRIPTION SERVICES
1081 Main Street
Surgoinsville, TN 37873
281-782-0802
battshott@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | CASE NO. 7:23-CR-350 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | MCALLEN, TEXAS |
| | . | TUESDAY, APRIL 25, 2023 |
| PEDRO CRUZ ALMEIDA, JUNIOR, | . | 02:20 P.M. TO 02:53 P.M. |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . .

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | CASE NO. 7:22-CR-1994-2 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | |
| | . | |
| JAHIRO SARMIENTO MARTINEZ, | . | |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . .


RE-ARRAIGNMENT

BEFORE THE HONORABLE J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Appearances:



**For the GOVERNMENT:**          PETER BROSTOWIN, ESQ.
                                 DEVIN WALKER, ESQ.
                                 Assistant United States Attorney
                                 Office of the United States
                                   Attorney
                                 1701 West Business Highway 83
                                 McAllen, TX 78501

Appearances (cont.):


**DEFENDANT ALMEIDA, JR.:**    **CHRISTINA L. CONWAY-NAVARRO, ESQ.**
Assistant Federal Public Defender
Office of the Federal Public
  Defender
1701 W. Business Highway 83
  Suite 450
McAllen, TX 78501-5178

**DEFENDANT SARMIENTO MARTINEZ:**  **JUAN E. GONZALEZ, ESQ.**
Attorney at Law
3110 East Business Highway 83
Weslaco, TX 78596

Transcription Service:    Cheryl L. Battaglia
Trinity Transcription Services
1081 Main Street
Surgoinsville, TN 37873

1      **McAllen, Texas; Tuesday, April 25, 2023; 02:20 p.m.**

2          **THE COURT:**  All right.  I'm going to call *23-CR-350,*

3  *Pedro Cruz Almeida, Junior* and *22-CR-1994, Jahiro Sarmiento*

4  *Martinez, Defendant Number 3 -- 2.*

5          **MR. BROSTOWIN:**  Okay.  Good afternoon, your Honor.

6  Peter Browstowin on the -- on the Almeida case.

7          **MS. CONWAY-NAVARRO:**  Your Honor, Tina Conway-Navarro

8  on behalf of Mr. Almeida, Junior.  He is present and ready.  I

9  believe he is competent and no objection to going forward

10 right -- your Honor.

11         **THE COURT:**  All right.  Mr. Almeida, do you prefer

12 English or Spanish?

13         **DEFENDANT ALMEIDA, JUNIOR:**  English.

14         **THE COURT:**  And Mr. Martinez, you prefer English or

15 Spanish?

16         **DEFENDANT SARMIENTO MARTINEZ:**  English.

17         **THE COURT:**  Gentlemen, let me ask you each to raise

18 your right hand and take an oath before the Court.

19     **(Defendants sworn.)**

20         **THE COURT:**  Mr. Almeida?

21         **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

22         **THE COURT:**  And Mr. Martinez?

23         **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

24         **THE COURT:**  Is it Sarmiento or --

25         **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

1          **THE COURT:**  Okay.  Mr. Sarmiento?

2          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

3          **THE COURT:**  All right.  You can put your hands down.

4          Both individuals are under oath for -- for the

5    record.  Gentlemen, you are under oath.  Do not lie to the

6    Court during this process.  If you do, the Government can use

7    the statements that you make today against you and prosecute

8    you for a separate criminal offense, either for perjury or

9    false statement.

10          I want to remind you, you do have the right to remain

11   silent during this hearing.  Any statements that you make

12   regarding the charge or allegations can be used against you to

13   prosecute.

14          **(Pause in the proceeding.)**

15          **THE COURT:**  You understand, Mr. Almeida?

16          **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

17          **THE COURT:**  Do you understand, Mr. Sarmiento?

18          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

19          **THE COURT:**  Now, gentlemen, you're here before the

20   Court today because it's my understanding that you want to

21   enter a guilty plea.

22          However, before I start this process with you, I need

23   to let you know you have the right to have your plea taken, or

24   this hearing heard, before a District Judge.  I am a Magistrate

25   Judge.  I cannot find you guilty.  And I cannot sentence you.

1          However, with your consent or agreement today, I can

2    preside on this hearing.  And if you do, in fact, go through

3    with a guilty plea at the end, I can make a report and

4    recommendation to the District Judge that she find you guilty

5    and sentence you accordingly.

6          And, in fact, it's my understanding that you each

7    signed a consent form to allow that to happen.

8          Mr. Almeida, is this your signature on the consent

9    form in front of you?

10          **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

11          **THE COURT:**  Mr. Sarmiento, is this your signature on

12    the consent form in front of you?

13          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

14          **THE COURT:**  Gentlemen, by signing that document you

15    are agreeing to allow me to have this hearing for you today.

16          Is that what you want to do, Mr. Almeida?

17          **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

18          **THE COURT:**  Is that what you want to do,

19    Mr. Sarmiento?

20          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

21          **THE COURT:**  All right.  Now, gentlemen, during this

22    process, I'm going to go through your -- your various rights

23    and the various consequences if you do decide to enter a guilty

24    plea today.

25          If at any time you do not hear me, or you don't

1  understand something that I've explained to you, please raise

2  your hand high or if -- when I ask you, tell me you don't

3  understand.  And I will correct things or clarify things so

4  that you do.

5          It is important that you hear and understand

6  everything that I explain to you this afternoon.

7      **(Pause in the proceeding.)**

8          **THE COURT:**  Do you understand, Mr. Almeida?

9          **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

10         **THE COURT:**  Do you understand, Mr. Sarmiento?

11         **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

12         **THE COURT:**  Now, gentlemen, I am taking you up in --

13 in a group of two today.  If you feel uncomfortable going

14 forward in a group of two, you want to be brought up

15 individually, I will do that.

16         Is it okay going forward with the -- the other

17 gentleman, Mr. Almeida?

18         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

19         **THE COURT:**  Is it okay going forward with the other

20 gentlemen, Mr. Sarmiento?

21         **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

22         **THE COURT:**  All right.  Now, gentlemen, I need to

23 make sure I have your correct names on these indictments, or

24 superseding indictment.  And then I'm going to get some

25 background information from you.

1          Sir, is your true and correct name Pedro Cruz

2     Almeida, Junior?

3               **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

4               **THE COURT:**  Sir, is your true and correct name Jahiro

5     Sarmiento Martinez?

6               **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

7               **THE COURT:**  All right.  Starting with Mr. Almeida,

8     sir, how old are you?

9               **DEFENDANT ALMEIDA, JUNIOR:**  Twenty-one.

10              **THE COURT:**  And how far did you get in school?

11              **DEFENDANT ALMEIDA, JUNIOR:**  I was a -- I was in

12    police academy.

13              **THE COURT:**  Okay.  Where were you born?

14              **DEFENDANT ALMEIDA, JUNIOR:**  Where?

15              **THE COURT:**  Yes.

16              **DEFENDANT ALMEIDA, JUNIOR:**  Here in McAllen.

17              **THE COURT:**  All right.  You went to the police

18    academy somewhere in south Texas or?

19              **DEFENDANT ALMEIDA, JUNIOR:**  Here in (indiscernible).

20              **THE COURT:**  All right.  And do you read and write in

21    the English language?

22              **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

23              **THE COURT:**  Are you married?

24              **DEFENDANT ALMEIDA, JUNIOR:**  No.

25              **THE COURT:**  Do you have any children?

1          **DEFENDANT ALMEIDA, JUNIOR:**  No.

2          **THE COURT:**  What -- what kind of work do you do now?

3          **DEFENDANT ALMEIDA, JUNIOR:**  Fitness training.

4          **THE COURT:**  All right.

5          **DEFENDANT ALMEIDA, JUNIOR:**  And that was a part time,

6   right now a, sorry, a material coordinator at NBA (phonetic)

7   Drywall (phonetic).

8          **THE COURT:**  Okay.  Mr. Sarmiento, how old are you,

9   sir?

10         **DEFENDANT SARMIENTO MARTINEZ:**  I'm 29.

11         **THE COURT:**  And where were you born?

12         **DEFENDANT SARMIENTO MARTINEZ:**  Edinburg.

13         **THE COURT:**  All right.  And how far did you get in

14  school?

15         **DEFENDANT SARMIENTO MARTINEZ:**  College.

16         **THE COURT:**  All right.  And you read and write in the

17  English language?

18         **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

19         **THE COURT:**  Are you married?

20         **DEFENDANT SARMIENTO MARTINEZ:**  No.

21         **THE COURT:**  Do you have any children?

22         **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

23         **THE COURT:**  How many?

24         **DEFENDANT SARMIENTO MARTINEZ:**  One.

25         **THE COURT:**  The age of your child?

1          **DEFENDANT SARMIENTO MARTINEZ:**  Nine months.

2          **THE COURT:**  And what kind of work do you do?

3          **DEFENDANT SARMIENTO MARTINEZ:**  I was doing diesel

4   mechanic before I got arrested.

5          **THE COURT:**  All right.  Have any of you been under

6   the care of a medical professional for the treatment of any

7   mental health issues?

8          Mr. Almeida?

9          **DEFENDANT ALMEIDA, JUNIOR:**  No.

10          **THE COURT:**  Mr. Sarmiento?

11          **DEFENDANT SARMIENTO MARTINEZ:**  No, sir.

12          **THE COURT:**  Have any of you had a head injury or a

13   brain injury in the past?

14          Mr. Almeida?

15          **DEFENDANT ALMEIDA, JUNIOR:**  No.

16          **THE COURT:**  Mr. Sarmiento?

17          **DEFENDANT SARMIENTO MARTINEZ:**  No.

18          **THE COURT:**  Have -- are you under the influence of

19   alcohol, drugs or medication at this time?

20          Mr. Almeida?

21          **DEFENDANT ALMEIDA, JUNIOR:**  No.

22          **THE COURT:**  Mr. Sarmiento?

23          **DEFENDANT SARMIENTO MARTINEZ:**  No.

24          **THE COURT:**  In the last 72 hours have you taken any

25   alcohol, drugs, or medication?

1          Mr. Almeida?

2               **DEFENDANT ALMEIDA, JUNIOR:**  No.

3               **THE COURT:**  Mr. Sarmiento?

4               **DEFENDANT SARMIENTO MARTINEZ:**  No.

5               **THE COURT:**  Let me make sure I have your true name on

6     this document.

7               Sir, is your true and correct name Pedro Cruz

8     Almeida, Junior?

9               **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

10              **THE COURT:**  And is your true name Jahiro Sarmiento

11    Martinez?

12              **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

13              **THE COURT:**  All right.  Miss Conway, are you

14    satisfied your client is competent to go forward with a guilty

15    plea?

16              **MS. CONWAY-NAVARRO:**  Your Honor, no doubts as to his

17    competency.

18              **THE COURT:**  Mr. Gonzalez, are you satisfied your

19    client is competent to go forward with a guilty plea?

20              **MR. GONZALEZ:**  I am, your Honor.

21              **THE COURT:**  Now, gentlemen, I need to know if you had

22    enough time to discuss your case and the charge that you're

23    pleading to with your attorneys.

24              Mr. Almeida, have you enough time to discuss your

25    case with your attorney?

1    **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

2    **THE COURT:**  Are you satisfied with your attorney's

3    legal representation?

4    **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

5    **THE COURT:**  Mr. Sarmiento, have you had enough time

6    to discuss your case with your attorney?

7    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

8    **THE COURT:**  Are you satisfied with your attorney's

9    legal representation?

10   **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

11   **THE COURT:**  Gentlemen, let me explain the charge

12   against you that it's my understanding you're pleading to.

13   Mr. Almeida, it's my understanding you're pleading to

14   the sole count of your indictment.  It reads:

15   "From on about February 3rd, 2023 through

16   February 9th, 2023, in the Southern

17   District of Texas and jurisdiction of the

18   Court, that you did fraudulently and

19   knowingly export and send from the United

20   States, or attempt to export and send from

21   the United States, to the United Mexican

22   States, merchandise, article, or objects.

23   They're saying specifically,

24   "It was 900 rounds of Lake City .50 caliber

25   tracer-equipped linked ammunition without a

1    license or written approval from the United

2    States Department of Commerce as required

3    by Title 50, United States Code §4819 and

4    Title 15, Code of Federal Regulations §§730

5    through 774.  In violation of Title 18,

6    United States Code §554 subsection (a) and

7    section (2)."

8    Now what the Government would have to prove in this

9 case against you, they would have to prove that you knowingly

10 or fraudulently exported or sent, or attempted to export, or

11 attempted to send, merchandise as described in the indictment.

12    They would have to prove that you -- your exportation

13 or sending was contrary to the laws and regulations as set out

14 in the indictment.

15    They would have to prove that you knew that the

16 exportation or sending of the merchandise was contrary to law

17 or regulation.

18    Sir, do you understand this charge against you?

19    **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

20    **THE COURT:**  Do you have any questions about the

21 charge?

22    **DEFENDANT ALMEIDA, JUNIOR:**  No.

23    **THE COURT:**  Mr. Sarmiento, it's my understanding

24 you're pleading guilty to Count III of the superseding

25 indictment.  And Count III reads:

1    "On or about October 14, 2022 in the

2    Southern District of Texas and jurisdiction

3    of the Court that you knowingly, having

4    been convicted of a crime punishable by

5    imprisonment for a term exceeding one year,

6    namely, for assault of a public servant in

7    the 389th District Court of Hidalgo County,

8    Texas on June 20th, 2016 in *Cause Number*

9    *CR-1622-15-H*, did knowingly and unlawfully

10   possess in and affecting interstate and

11   foreign commerce a firearm, namely a DBMS

12   Panther Arms Model A-15 5.56 caliber rifle.

13   In violation to Title 18, United States

14   Code §922 subsection (g)(1) and 924

15   subsection (a)(8)."

16   Now what the Government would have to prove in this

17   charge against you, they would have to prove that knowingly

18   possessed either a firearm or ammunition as charged in Count

19   Three.  They would have to prove that before you possessed the

20   firearm or ammunition, that you had been convicted in a Court

21   of a crime punishable by imprisonment for a term in excess of

22   one year.

23   They would have to prove that you had been convicted

24   in a court of a crime punishable by imprisonment for a term in

25   excess of one year.  And they would have to prove that the

1    firearm or ammunition possessed in the indictment traveled in,

2    or affected interstate or foreign commerce, that is, before you

3    possessed the firearm, it traveled at some time from one state

4    to another, or between any part of the United States and any

5    other country.

6            Mr. Sarmiento, do you understand this charge against

7    you?

8            **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

9            **THE COURT:**  Do you have any questions about this

10   charge?

11           **DEFENDANT SARMIENTO MARTINEZ:**  No.

12           **THE COURT:**  Now, gentlemen, connected to your case,

13   you each have the right to have an attorney to represent you

14   throughout the case.  And you have that right even if you could

15   not afford an attorney.

16           Mr. Gonzalez, are you Court-appointed or retained?

17           **MR. GONZALEZ:**  Court-appointed, your Honor.

18           **THE COURT:**  Now, gentlemen, you both have Court-

19   appointed attorneys.  Mr. Almeida, you have an attorney with

20   the Public Defender's Office.  Mr. Sarmiento, you have

21   Mr. Gonzalez.

22           And you need to understand that if you wanted to go

23   to trial on this charge, or have further hearings, your Court-

24   appointed attorney, who is standing with you, would represent

25   you for free at trial or subsequent hearings if you wanted

1   them.

2              Do you understand, Mr. Almeida?

3              **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

4              **THE COURT:**  Do you understand, Mr. Sarmiento?

5              **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

6              **THE COURT:**  Now, gentlemen, you also have the right

7   to enter a plea of not guilty today to this charge, as you did

8   to begin with.

9              And if you wish to go forward with a plea of not

10  guilty, you have a right to a jury trial.  You have the right

11  to have 30 days to prepare for that trial.

12             At the trial, the Government must prove your guilt

13  beyond a reasonable doubt.  The jury's made up of 12 citizens

14  of this community.  And the jury would be the one to decide

15  whether you are guilty or not guilty.

16             And in connection with the jury trial, you have the

17  right to have the Government present witnesses that would

18  testify against you.  You'd have the right through your

19  attorney to ask questions of those witnesses.  That's called

20  your right to cross examination.

21             You have the right to present evidence at that trial.

22  You have the right to present your own witnesses and make them

23  be present in court to testify, even if they wish not to do so.

24             You have the right to testify at your trial if you

25  wish.  You also have the right to choose not to testify and to

1 remain silent.  And for any reason you choose not to testify at

2 your trial, your decision not to testify cannot be considered

3 by the jury as evidence of guilt or evidence of anything else

4 in your case.

5 These are all rights that you have if you wish to go

6 forward with a plea of not guilty.

7 Do you understand, Mr. Almeida?

8 **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

9 **THE COURT:**  Do you understand, Mr. Sarmiento?

10 **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

11 **THE COURT:**  Now if you do choose to enter a guilty

12 plea today, you'll be giving up all these rights that we just

13 went over.

14 Because if you enter a guilty plea, there's not going

15 to be a jury trial.  The District Judge will be the person that

16 decides if you are guilty or not guilty.  There'll be no

17 witnesses presented, except for yourself because you'll become

18 a witness in the case.

19 Basically, what will happen is the Government would

20 tell the Court facts about your case.  I'll ask you questions

21 regarding those facts.  And you'll have to answer those

22 questions for me.

23 That means you'll be giving up your right to remain

24 silent.

25 Do you understand, Mr. Almeida?

1    **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

2    **THE COURT:**  Do you understand, Mr. Sarmiento?

3    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

4    **THE COURT:**  With that understanding, do you wish to

5   give up your right to a jury trial, the right to have witnesses

6   presented, both yours and the Government's, and the right to

7   remain silent.

8    Do you wish to give up these rights today by entering

9   a guilty plea?

10    Mr. Almeida?

11    **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

12    **THE COURT:**  Mr. Sarmiento?

13    **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

14    **THE COURT:**  Have you each spoke with your attorney

15   about what you may be facing by way of punishment if you're

16   found guilty?

17    Mr. Almeida?

18    **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

19    **THE COURT:**  Mr. Sarmiento?

20    **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

21    **(Pause in the proceeding.)**

22    **THE COURT:**  Mr. Almeida, of you plead guilty to the

23   charge in your indictment --

24    **(Pause in the proceeding.)**

25    **THE COURT:**  -- you are facing up to ten years in

1  prison.

2          Do you understand, sir?

3          **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

4          **THE COURT:**  Mr. Sarmiento, if you plead guilty to

5  Count Three of your indictment --

6      **(Pause in the proceeding.)**

7          **THE COURT:**  -- you're facing up to 15 years in

8  prison.

9          Do you understand, sir?

10          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

11      **(Pause in the proceeding.)**

12          **THE COURT:**  Now, gentlemen, each one of you is also

13  facing what we call a period of supervised release for up to

14  three years.

15          Supervised release is a period of time after you've

16  been released from prison.  You're not in custody anymore, but

17  you're still kept under Court supervision.

18          And while on supervised release, the Court orders you

19  to do, or not to do, certain things.  And if you violate any

20  condition of supervised release, that could result in more

21  prison time in your case.

22          Do you understand, Mr. Almeida?

23          **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

24          **THE COURT:**  Do you understand, Mr. Sarmiento?

25          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

1     **THE COURT:**  Now the law also provides that you could

2  each be fined up to $250,000, based on your ability to pay and

3  a $100 Special Assessment, even if you do not have the ability

4  to pay.

5          Do you understand, Mr. Almeida?

6     **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

7     **THE COURT:**  Do you understand, Mr. Sarmiento?

8     **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

9     **THE COURT:**  Now have each of you discussed with your

10  attorney how the Sentencing Guidelines apply in your case?

11         Mr. Almeida?

12    **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

13    **THE COURT:**  Mr. Sarmiento?

14    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

15    **THE COURT:**  Gentlemen, between the -- or within the

16  statutory penalties that we just went over, the District Judge

17  will look at the Sentencing Guidelines in sentencing you.

18         The Sentencing Guidelines provide the District Judge

19  with a range of months that the Judge should consider when

20  deciding your actual sentence.

21         Basically, what will happen if you plead guilty and

22  the District Judge finds you guilty, your case will be set for

23  sentencing.  At your sentencing, the District Judge will

24  consider all the Guidelines that apply to your case.  She'll

25  consider everything else that is presented to her in your case,

1   as well as the law that applies to sentencing.

2          The District Judge will then decide what sentence you

3   should receive.  That sentence could be within your Guideline

4   range.  It could be less than your Guideline range.  It could

5   be more than your Guideline range, provided, that you are not

6   sentenced to more than that statutory maximum penalty that

7   applies to your case.

8          Mr. Almeida, that's up to 10 years in your case.

9   Mr. Sarmiento, that's up to 15 years in your case.  So as to

10  the Sentencing Guidelines, all the District Judge has to do is

11  consider them.  She does not have to follow them.

12         Do you understand, Mr. Almeida?

13         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

14         **THE COURT:**  Do you understand, Mr. Sarmiento?

15         **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

16         **THE COURT:**  Now, gentlemen, it is also important for

17  you to understand that while the Court expects your attorney to

18  have given you an estimated Guideline range, that the attorney

19  believes applies to your case, you need to understand that that

20  estimate is not a promise.  It is not a guarantee.

21         It is the District Judge that decides what the

22  correct Guideline range is.  And she does not do that until the

23  time of sentencing.

24         So if whatever your attorney has told you, it could

25  turn out to be different at the time of sentencing.  And if it

1  is, you will not be able to withdraw your guilty plea.

2         Do you understand, Mr. Almeida?

3         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

4         **THE COURT:**  Do you understand, Mr. Sarmiento?

5         **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

6         **THE COURT:**  Mr. Almeida, have you understood

7  everything that I've explained to you so far?

8         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

9         **THE COURT:**  Do you have any questions?

10        **DEFENDANT ALMEIDA, JUNIOR:**  No.

11        **THE COURT:**  Mr. Sarmiento, have you understood

12 everything that I've explained to you so far?

13        **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

14        **THE COURT:**  Do you have any questions?

15        **DEFENDANT SARMIENTO MARTINEZ:**  No, sir.

16        **THE COURT:**  Mr. Almeida, it is my understanding that

17 a -- you have a written plea agreement in your case.

18 Government, were there any other plea agreements offered

19 Mr. Almeida?

20        **MR. BROSTOWIN:**  No, your Honor.

21        **THE COURT:**  Is that correct, Miss Conway?

22        **MS. CONWAY-NAVARRO:**  It is, your Honor.

23        **(Pause in the proceeding.)**

24        **THE COURT:**  Mr. Almeida, I have your plea agreement

25 up here.  It looks like there's an electronic signature for

1   you.

2          Did you -- did you give permission to have your

3   electronic signature put on the plea agreement?

4       **(Pause in the proceeding.)**

5          **THE COURT:**  Can you see it?

6          **DEFENDANT ALMEIDA, JUNIOR:**  No, I can't see it.

7          **THE COURT:**  Let me --

8       **(Pause in the proceeding.)**

9          **DEFENDANT ALMEIDA, JUNIOR:**  Yes, I -- yes, I signed

10  it.

11         **THE COURT:**  Okay.  Did you go through your plea

12  agreement in detail with your attorney?

13         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

14         **THE COURT:**  Did you understand everything?

15         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

16         **THE COURT:**  And I'm sorry, I asked, you said there's

17  no other plea agreements; is that correct?

18         **MR. BROSTOWIN:**  That's correct, your Honor.

19         **THE COURT:**  And that's correct, Miss Conway?

20         **MS. CONWAY-NAVARRO:**  That is correct, your Honor.

21         **THE COURT:**  Sir, to summarize the plea agreement that

22  you have with the Government, it states that you're agreeing to

23  plead guilty to the charge in your indictment.  You're agreeing

24  to waive any and all interest in assets listed in the Notice of

25  Forfeiture in the indictment.  And to the judicial or

1   administrative forfeiture, any and all firearms, weapons, and

2   ammunition seized in connection with the case, including, but

3   not limited to, the 900 rounds of Lake City .50 caliber tracer-

4   equipped linked ammunition.  And you're agreeing to waive any

5   and all procedural notice requirements for forfeiture.

6         In return, the Government says it will recommend that

7   you have a two-level decrease under 3(e)(1.1)(A), if you

8   clearly demonstrate acceptance of responsibility under the

9   Guidelines.

10        Mr. Almeida, is that what you understood your

11   agreement to be with the Government?

12        **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

13        **THE COURT:**  Has anyone promised you anything else or

14   anything outside of this written plea agreement to get you

15   plead guilty today?

16        **DEFENDANT ALMEIDA, JUNIOR:**  No.

17        **THE COURT:**  Sir, you need to understand that this

18   agreement that you have is between you and the Government.  It

19   is not an agreement with the Court.

20        The District Judge can choose to follow the agreement

21   or choose not to.  If the District Judge chooses not to follow

22   the agreement, you will not be able to withdraw your guilty

23   plea.

24        Do you understand?

25        **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

1    **THE COURT:**  Now, Mr. Sarmiento, it's my understanding

2   you also have a written plea agreement.

3          Government, were there any other plea agreements

4   offered this individual?

5          **MS. WALKER:**  No, your Honor.

6          **THE COURT:**  Is that correct, Mr. Gonzalez?

7          **MR. GONZALEZ:**  That is correct.

8          **THE COURT:**  Mr. Sarmiento, is this your signature on

9   the plea agreement?

10          **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

11          **THE COURT:**  Did you go through this plea agreement in

12   detail with your attorney?

13          **DEFENDANT SARMIENTO MARTINEZ:**  I did.

14          **THE COURT:**  Did you understand everything?

15          **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

16          **THE COURT:**  To summarize your plea agreement, it

17   states you're agreeing to plead guilty to Count Three of the

18   superseding indictment.  And in return, the Government says it

19   will recommend that your offense level decrease by two levels

20   under 3(e)(1.1)(A) under the Guidelines, if you clearly

21   demonstrate acceptance of responsibility.  And that the

22   remaining counts of the superseding indictment be dismissed at

23   the time of sentencing.

24          Mr. Sarmiento, is that what you understood your

25   agreement to be with the Government?

1    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

2    **THE COURT:**  Has anyone promised you anything else or

3  anything outside of this written plea agreement to get you to

4  plead guilty today?

5    **DEFENDANT SARMIENTO MARTINEZ:**  No.

6    **THE COURT:**  Sir, you need to understand that this

7  agreement that you have is between you and the Government.  It

8  is not an agreement with the Court.

9    The District Judge can choose to follow the agreement

10  or choose not to.  If the District Judge chooses not to follow

11  the agreement, you will not be able to withdraw your guilty

12  plea.

13    Do you understand?

14    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

15    **THE COURT:**  Has anyone forced you, coerced you, or

16  threatened you to get you to plead guilty today?

17    Mr. Almeida?

18    **DEFENDANT ALMEIDA, JUNIOR:**  No.

19    **THE COURT:**  Mr. Sarmiento?

20    **DEFENDANT SARMIENTO MARTINEZ:**  No.

21    **THE COURT:**  Are you pleading guilty today freely and

22  voluntarily?

23    Mr. Almeida?

24    **DEFENDANT ALMEIDA, JUNIOR:**  Yes, your Honor.

25    **THE COURT:**  Mr. Sarmiento?

1      **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

2      **THE COURT:**  Are you pleading guilty because you did

3  what they're accusing you of in this charge?

4      Mr. Almeida?

5      **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

6      **THE COURT:**  Mr. Sarmiento?

7      **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

8      **(Pause in the proceeding.)**

9      **THE COURT:**  I believe both of you are United States

10  citizens.  But if for some reason I am mistaken and you're not,

11  if you choose to plead guilty after you served your punishment,

12  you could be deported, or removed, and sent back to your home

13  country.

14      You could be denied citizenship to the United States

15  in the future.  Or you could be denied admission into the

16  United States in the future.  But that doesn't apply to you if

17  you're U.S. citizens.

18      Do you understand, Mr. Almeida?

19      **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

20      **THE COURT:**  Do you understand, Mr. Sarmiento?

21      **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

22      **THE COURT:**  Now, gentlemen, we talked about a lot

23  today.  We talked about the charge that you're pleading to you

24  in your respective indictments, or superseding indictment.

25      We talked about your right to a jury trial and the

1  rights that go with it.  We talked about the statutory

2  penalties.  We talked about the Sentencing Guidelines.  We

3  talked about the plea agreements and other things.

4       And the point is, that nothing that I have covered

5  with you today should have been a surprise to you.  You should

6  have talked through all of these areas with the attorney before

7  seeing me.

8       If you don't remember discussing something with your

9  attorney that I did cover with you today, that's okay.  Answer

10 the next question no and I'll give you more time with your

11 attorney.  You could go over these areas you don't remember

12 discussing.  You can ask questions.  And then I'll just bring

13 you up a little later to see how you want to go forward with

14 your case.

15      So my question is, have you discussed everything that

16 I covered with you today with the attorney before seeing me.

17      Mr. Almeida?

18      **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

19      **THE COURT:**  Mr. Gonzalez?  Ah, Mr. Gonzalez.

20      Did you cover everything with your client?

21      **MR. GONZALEZ:**  I certainly did.

22      **THE COURT:**  All right.  Mr. Sarmiento, Did he

23 cover -- did you cover everything with him?

24      **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

25      **THE COURT:**  All right.  Miss Flores, do you have the

1  dates?

2          **CASE MANAGER FLORES:**  Yes, Judge.

3          **THE COURT:**  All right.  Gentlemen, I'm going to ask

4  you each individually how you plead to this counts in your

5  indictment.  You simply just need to say guilty or not guilty.

6          If you choose to plead guilty, and in a little bit

7  I'll get a factual basis from the Government and you can let me

8  know what you agree or don't agree with.

9          Starting with Mr. Almeida, in *23-CR-350,* sir, how do

10  you plead to this charge in your indictment?  Guilty or not

11  guilty?

12          **DEFENDANT ALMEIDA, JUNIOR:**  Guilty.

13          **THE COURT:**  Mr. Sarmiento in *22-CR-1994,* how do you

14  plead to Count Three of the superseding indictment?  Guilty or

15  not guilty?

16          **DEFENDANT SARMIENTO MARTINEZ:**  Guilty.

17          **THE COURT:**  All right.  Mr. Almeida, listen carefully

18  what the Government states.  Let me know if you disagree with

19  anything.

20          **MR. BROSTOWIN:**  "On or about February 3rd

21          through February 9th, 2023, Defendant,

22          Almeida, Junior, did fraudulently and

23          knowingly attempt to export and send from

24          the United States any merchandise, article,

25          or object, towit, 900 rounds of Lake City

1          .50 caliber tracer-equipped linked

2          ammunition without a license or written

3          approval from the United States Department

4          of Commerce, as required by Title 50,

5          United States Code §§4819, and Title 15,

6          Code of Federal Regulations, §§730 through

7          774.

8          On February 3rd, Hidalgo County Constables

9          performed a traffic stop upon a vehicle

10         that Almeida, Junior was driving.

11         A consent search of the vehicle resulted in

12         the discovery of 600 rounds of .50 caliber

13         Lake City tracer-equipped linked

14         ammunition.  Defendant, Almeida, Junior,

15         subsequently agreed to speak with Homeland

16         Security Investigations Agents at the

17         McAllen Police Station about the

18         ammunition.

19         Defendant Almeida, Junior subsequently

20         admitted to agents that the ammunition was

21         intended to be transferred to an individual

22         driving a vehicle bearing Tamaulipas,

23         Mexico license plates in the vicinity of --

24         in the vicinity of the Hidalgo, Texas Port

25         of Entry.

1          The Defendant additionally admitted that he

2          routinely met with an individual in Mexico

3          to receive cash used to purchase the

4          ammunition and that he had ordered

5          ammunition approximately 30 times over the

6          course of the past year, and that he was to

7          be paid $100 for every box of ammunition he

8          delivered.

9          HSI Agents subsequently on February 9th

10         seized an additional 300 rounds of .50

11         caliber ammunition that Defendant Almeida,

12         Junior had previously indicated he had

13         purchased that were on route to him.

14         The Defendant did not possess a license to

15         export the ammunition.  And Defendant knew

16         it was contrary to law and regulations to

17         export the ammunition out of the United

18         States into Mexico."

19       **THE COURT:**  Mr. Almeida, do you disagree with any of

20 those facts?

21       **DEFENDANT ALMEIDA, JUNIOR:**  No.

22       **THE COURT:**  And you said the first time when law

23 enforcement stopped him was February 3rd, 2023?

24       **MR. BROSTOWIN:**  That's correct, your Honor.

25       **THE COURT:**  Sir, they're saying, Mr. Almeida, they're

saying on February 3rd, 2023 that you were stopped by law enforcement.  And in your vehicle you had 600 rounds of this .50 caliber ammunition; is that true?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  They're saying that you were going to hand it over to someone else that was going to take it into Mexico.  Was that true?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  Did you know that that ammunition was going into Mexico?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  They're saying that you were being paid about $100 per box to do this.  Is that true?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  Did you have a license to export ammunition to Mexico?

**DEFENDANT ALMEIDA, JUNIOR:**  No.

**THE COURT:**  Did you know it was against the law to take to Mexico or send ammunition to Mexico?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  They're saying on February the 9th that law enforcement seized another 300 rounds of ammunition that you had ordered to send to Mexico.  Is that true?

**DEFENDANT ALMEIDA, JUNIOR:**  Yes.

**THE COURT:**  Anything else regarding the Rule 11

1  colloquy or the factual basis?

2          **MR. BROSTOWIN:** No, your Honor.

3          **THE COURT:** All right.

4          **MS. CONWAY-NAVARRO:** No, your Honor.

5          **THE COURT:** Miss Conway said nothing further.

6          Miss Conway, do you believe your client has entered a

7  knowing and voluntary plea?

8          **MS. CONWAY-NAVARRO:** I -- I do, your Honor.

9          **THE COURT:** I'll find that it is a knowing and

10  voluntary plea, that you understand the nature of the charge

11  against you, the consequences of pleading guilty.

12          I'll find that you are competent and capable of

13  making that plea. I'll find there's a factual basis in the

14  record to support the plea.

15          I'll enter a report and recommendation to the

16  District Judge that she should find you guilty and sentence you

17  accordingly. I'll order a PSI due May 30th, 2023. Objections

18  will be due June 13th, 2023. The final PSI will be due June

19  27, 2023. The sentencing date will be set before the District

20  Judge for July 27th, 2023 at 10 a.m.

21          Have you understood everything, Mr. Almeida?

22          **DEFENDANT ALMEIDA, JUNIOR:** Yes, your Honor.

23          **THE COURT:** Do you have any questions?

24          **DEFENDANT ALMEIDA, JUNIOR:** No.

25          **THE COURT:** Is there any -- is he on bond, correct?

1          **MS. CONWAY-NAVARRO:**  Yes, your Honor.

2          **MR. BROSTOWIN:**  He is.  And the Government has no

3     objections to him remaining on bond.

4          **MS. CONWAY-NAVARRO:**  Your Honor, we would ask that he

5     remain out on bond until his sentencing, your Honor.

6          **THE COURT:**  All right.  He's -- he's free to go on

7     bond.

8          **MS. CONWAY-NAVARRO:**  Thank you, your Honor.

9          **THE COURT:**  You understood everything, right,

10    Mr. Almeida?

11         **DEFENDANT ALMEIDA, JUNIOR:**  Yes.

12         **THE COURT:**  Any questions?

13         **DEFENDANT ALMEIDA, JUNIOR:**  No.

14         **THE COURT:**  Anything else, Government, I mean,

15    Government?

16         **MR. BROSTOWIN:**  No, your Honor.

17         **THE COURT:**  Anything else, Miss Conway?

18         **MS. CONWAY-NAVARRO:**  Nothing further, your Honor.

19         **THE COURT:**  All right.  He's free to go.

20         **MS. CONWAY-NAVARRO:**  Thank you, your Honor.

21         **THE COURT:**  Mr. Sarmiento, this is *22-CR-1994,*

22    superseding indictment.  Listen carefully to what the

23    Government states regarding the facts.  Let me know if you

24    disagree with anything.

25         **MS. WALKER:**  "On or about October 14th,

1    2022, the Defendant was a felon, knowingly

2    having been convicted of a crime punishable

3    for a term exceeding 1 year, namely, in the

4    389th Judicial District Court of Hidalgo

5    County, Texas on June 20th, 2016 in *Cause*

6    *Number CR-1622-15-H*, for the offense of

7    assault of a public servant.

8    Did knowingly and unlawfully possess in,

9    and effecting interstate and foreign

10   commerce, a firearm, namely, a DPMS Panther

11   Arms Model A-15 5.56 caliber rifle.

12   On October 14th, 2022, the Edinburg Police

13   Department conducted surveillance on a

14   residence in Edinburg, Texas.

15   Law enforcement observed the Defendant

16   carry a DPMS Panther Arms Model A-15 rifle

17   from the residence and place it in a

18   vehicle.

19   Criminal record queries indicated the

20   Defendant had a felony conviction for

21   assault on a public servant.  The Defendant

22   waived his Miranda Rights and elected to

23   speak to law enforcement.

24   He admitted to possessing the DPMS rifle

25   and admitted he knew he could not possess

1          firearms due to criminal history.

2          The DPMS Panther Arms Model A-15 5.56

3          caliber rifle, bearing Serial Number

4          FFH293830 was manufactured outside the

5          state of Texas. And, therefore, affects

6          interstate and foreign commerce."

7     **(Pause in the proceeding.)**

8          **THE COURT:** Mr. Sarmiento, do you disagree with any

9     of those facts?

10         **DEFENDANT SARMIENTO MARTINEZ:** No, sir.

11         **THE COURT:** Sir, they're saying on June 20th, 2016

12    that in the 389th District Court of Hidalgo County you were

13    convicted of the felony offense of assault of the public

14    servant. Is that true?

15         **DEFENDANT SARMIENTO MARTINEZ:** Yes, sir.

16         **THE COURT:** Did you know that that was a felony

17    offense that had a punishment by imprisonment of a term in

18    excess of one year?

19         **DEFENDANT SARMIENTO MARTINEZ:** Yes, sir.

20    **(Pause in the proceeding.)**

21         **THE COURT:** They're saying that on October 14, 2022,

22    I believe, law enforcement saw you leave a residence and carry

23    a firearm, namely, this DPMS Panthers Arm Model A-15 5.56

24    caliber rifle. They saw you carrying it, and I believe,

25    placing it in a vehicle. Is that true?

1    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

2        **THE COURT:**  Did you know that you should not have

3    been in possession of that firearm, that it was illegal to do

4    so?

5        **DEFENDANT SARMIENTO MARTINEZ:**  Yes.

6    **(Pause in the proceeding.)**

7        **THE COURT:**  I think I've covered the elements.

8        You said it traveled in interstate commerce, right?

9    **MS. WALKER:**  Yes, your Honor.

10    **THE COURT:**  All right.

11    **(Pause in the proceeding.)**

12    **THE COURT:**  Is there -- there was nothing in the plea

13    agreement regarding the forfeiture of the firearm?

14    **MS. WALKER:**  Your Honor, the firearm was stolen and

15    returned to the rightful owner.

16    **THE COURT:**  Okay.  I just wanted to make sure I

17    didn't miss something.  That's why that it wasn't -- okay.

18        Mr. Sarmiento, have you understood everything?

19    **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

20    **THE COURT:**  Any questions?

21    **DEFENDANT SARMIENTO MARTINEZ:**  No.

22    **THE COURT:**  Mr. Gonzalez, anything else regarding the

23    Rule 11 colloquy?

24    **MR. GONZALEZ:**  No, sir.

25    **THE COURT:**  All right.  You satisfied your client's

1  made a knowing and voluntary plea?

2        **MR. GONZALEZ:**  Yes, I am.

3        **THE COURT:**  Government, anything else regarding the

4  Rule 11 colloquy?

5        **MS. WALKER:**  Nothing further, your Honor.

6        **THE COURT:**  All right.  I find that he has made a

7  knowing and voluntary plea, that he is competent and capable of

8  making that plea, that he understands the nature of the charge

9  against him, the consequences of pleading guilty.

10       I'll find there's a factual basis in the record to

11 support the plea.  I'll enter a report and recommendation to

12 the District Judge that she should find you guilty and sentence

13 him accordingly.

14       The PSI will be due May 30th, 2023.  Objections will

15 be due June 13, 2023.  The final PSI will be due June 27, 2023.

16 And the sentencing date will be set for July 27th, 2023 at 10

17 a.m. before the District Judge.

18       Mr. Sarmiento, have you understood everything, sir?

19       **DEFENDANT SARMIENTO MARTINEZ:**  Yes, sir.

20       **THE COURT:**  Do you have any questions?

21       **DEFENDANT SARMIENTO MARTINEZ:**  No, sir.

22       **THE COURT:**  Anything else from the Government?

23       **MS. WALKER:**  Nothing further, your Honor.  Thank you.

24       **THE COURT:**  Mr. Gonzalez?

25       **MR. GONZALEZ:**  No, sir.

1          **THE COURT:**  Is he in custody?

2          **MR. GONZALEZ:**  Yes, he is.

3          **THE COURT:**  All right.  You're remanded into custody.

4    Good luck to you.

5          **DEFENDANT SARMIENTO MARTINEZ:**  All right, sir.  Thank

6    you.

7          **MR. GONZALEZ:**  May I be excused, Judge?

8          **THE COURT:**  Yes, sir.  Have a good day.  Have a safe

9    trip to Weslaco, isn't it?

10          **MR. GONZALEZ:**  Yes.  Thank you, Judge.

11       **(This proceeding was adjourned at 02:53 p.m.)**

12

13                    * * * * * * * *

14

15                    CERTIFICATION

16

17   I certify that the foregoing is a correct transcript from the

18   electronic sound recording of the proceedings in the above-

19   entitled matter.

20

21   ___/s/*Cheryl L. Battaglia*_____        ___November 10, 2023___

22          Transcriber                          Date

23   7:23-CR-350

24   04/25/23 - 11/10/23